```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 11188
    JAMES DAY
    THERESA A DAY                             CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4115    SSN XXX-XX-9798


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/08/2006 and was confirmed 11/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL     CURRENT MORTG         .00            .00             .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE     3058.45            .00          3058.45
HOMECOMINGS FINANCIAL     NOTICE ONLY      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          2635.40            .00          2039.34
AMERICAN GENERAL FINANCE  UNSECURED         2923.27            .00             .00
AT&T                      UNSECURED        NOT FILED           .00             .00
BENEFICIAL ILLINOIS INC   UNSECURED         2381.40            .00             .00
CINGULAR WIRELESS         UNSECURED        NOT FILED           .00             .00
CLINICAL CARDIOLOGY CONS  UNSECURED          200.00            .00             .00
DIRECT MERCHANTS BANK     UNSECURED        NOT FILED           .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED          388.25            .00             .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED         2750.00            .00             .00
ILLINOIS DEPT OF HUMAN S  UNSECURED         8369.90            .00             .00
MIDWEST NEOPED ASSOC      UNSECURED        NOT FILED           .00             .00
OAK TRUST CREDIT UNION    UNSECURED        NOT FILED           .00             .00
RJM PATHOLOGY CONSULTANT  UNSECURED        NOT FILED           .00             .00
LVNV FUNDING LLC          UNSECURED          250.44            .00             .00
SOCIAL SECURITY ADMIN     UNSECURED        NOT FILED           .00             .00
GERARD SUBLETTE MD        UNSECURED        NOT FILED           .00             .00
WELLS FARGO FINANCIAL IL  UNSECURED          445.51            .00             .00
WEST SUBURBAN INFECTIOUS  UNSECURED        NOT FILED           .00             .00
WESTSIDE MEDICAL ASSOC    UNSECURED        NOT FILED           .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED           71.45            .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED          969.40            .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED           92.00            .00             .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED          199.10            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED           25.56            .00             .00
ILLINOIS DEPARTMENT OF R  PRIORITY           259.51            .00           200.82
ILLINOIS DEPARTMENT OF R  UNSECURED           55.50            .00             .00
CITY OF CHICAGO PARKING   FILED LATE           .00             .00             .00
LEGAL HELPERS PC          DEBTOR ATTY     2,000.00                         2,000.00
TOM VAUGHN                TRUSTEE                                            480.39

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 11188 JAMES DAY & THERESA A DAY
```

```
DEBTOR REFUND           REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  7,779.00

PRIORITY                                           2,240.16
SECURED                                            3,058.45
UNSECURED                                                .00
ADMINISTRATIVE                                     2,000.00
TRUSTEE COMPENSATION                                 480.39
DEBTOR REFUND                                            .00
                         ---------------       ---------------
TOTALS                   7,779.00                  7,779.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 09/24/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                            PAGE   2
        CASE NO. 06 B 11188 JAMES DAY & THERESA A DAY